**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARI Z SATLIN,

               Plaintiff,               23 **CIVIL** 9185 (JHR)(JW)

     -v-                             **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 16, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will be instructed to offer the Plaintiff the opportunity for a hearing, and issue a new decision.

**Dated:**  New York, New York
         April 16, 2024

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                   **BY:**        *K. Mango*

                                                     **Deputy Clerk**